NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CURTIS J. SMITH, DOC# X23802,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-4625
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　Appellee.　　　　　　　　　　　)
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Curtis J. Smith, pro se.


PER CURIAM.

　　　　Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.